1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER PROVOLT,                    No.  2:16-cv-0585 KJN P

12              Plaintiff,

13         v.                                ORDER TO SHOW CAUSE

14   SACRAMENTO COUNTY SHERIFF
     DEPARTMENT, et al.,
15
                Defendants.
16

17

18         Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C.

19   § 636(c).  By order filed October 26, 2016, plaintiff's complaint was dismissed and thirty days

20   leave to file an amended complaint was granted.  Thirty days from that date have now passed, and

21   plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

22         Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

23   was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current

24   address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

25   the party is fully effective.

26   ////

27   ////

28   ////

                                             1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days,

2  why this action should not be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P.

3  41(b).

4  Dated:  December 6, 2016

5

6                                              KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

7
    /prov0585.osc
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2